# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 314 WAL 2014

                       Respondent    :

                         : Petition for Allowance of Appeal from the
                         : Order of the Superior Court

            v.    :

ROBERT ALLEN NESMITH, JR.,    :

                    Petitioner    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 25th day of November, 2014, the Petition for Allowance of Appeal is **DENIED**.